IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

KENNETH HERTZ,                          §
                                        §
            Plaintiff,                  §
                                        §
v.                                      §                    1:25-CV-1739-RP
                                        §
CAPITAL METROPOLITAN                    §
TRANSPORTATION AUTHORITY, et al.,       §
                                        §
            Defendants.                 §

## ORDER

Before the Court is the report and recommendation of United States Magistrate Judge Mark Lane concerning Defendant Keolis Transit Services, LLC's ("Keolis") Motion to Dismiss (Dkt. 9); Defendant Capital Metropolitan Transportation Authority's ("CapMetro") Motion to Dismiss (Dkt. 11); Plaintiff Kenneth Hertz's ("Plaintiff") Opposition to Defendants' Motion to Dismiss (Dkt. 13); Keolis's Reply (Dkt. 14); and CapMetro's Reply (Dkt. 15). (R. & R., Dkt. 25). Plaintiff timely filed objections to the report and recommendation. (Objs., Dkt. 26).

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C). Because Plaintiff timely objected to the report and recommendation, the Court reviews the report and recommendation *de novo*. Having done so and for the reasons given in the report and recommendation, the Court overrules Plaintiff's objections and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the report and recommendation of United States Magistrate Judge Mark Lane, (Dkt. 25), is **ADOPTED**.

1

**IT IS FURTHER ORDERED** that Defendant Keolis's Motion to Dismiss, (Dkt. 9), is **GRANTED** and Defendant CapMetro's Motion to Dismiss, (Dkt. 11), is **GRANTED IN PART AND DENIED IN PART**, such that Defendant CapMetro remains a party in this case. All of Plaintiff's claims against both Defendants are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FINALLY ORDERED** that Plaintiff may move for leave to amend his Complaint by filing the proper motion along with a proposed First Amended Complaint per Local Rule CV-7(b), **on or before August 4, 2026.**

**SIGNED** on July 14, 2026.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE